IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LINDA L. HIGHTOWER,<br><br>              Plaintiff<br><br>      VS.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br><br>             Defendant | 5:06-CV-393 (CWH)<br><br>**SOCIAL SECURITY APPEAL**<br>BEFORE THE U. S. MAGISTRATE JUDGE |

## **O R D E R**

      Defendant Commissioner requests voluntary remand of this claim for further administrative proceedings. Tab #10. Said motion is GRANTED.

      Upon receipt of this court order, the Appeals Council will continue to search for the recording of the oral hearing held on August 15, 2003, and if, WITHIN A REASONABLE TIME, it is determined lost, the case will be remanded for a *de novo* hearing.

      Therefore, the undersigned REMANDS the cause to the Commissioner for further proceedings pursuant to Sentence Six of Section 205(g) of the Social Security Act, 42 U.S.C. §405(g)

      SO ORDERED, this 19th day of JANUARY, 2007.



                                    CLAUDE W. HICKS, JR.
                                    UNITED STATES MAGISTRATE JUDGE