IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LINDA L. HIGHTOWER,<br><br>            Plaintiff<br><br>VS.<br><br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>            Defendant | NO. 5:06-CV-393(CWH)<br><br>SOCIAL SECURITY APPEAL<br><br><br>**PETITION FOR ATTORNEY'S FEES<br>UNDER EAJA** |

# O R D E R

Plaintiff's attorney has moved the court for an award of attorney's fees in the above-captioned case under provisions of the Equal Access to Justice Act (EAJA) for his successful representation of the plaintiff before this court. Tab #16. 28 U.S.C. § 2412(d)(1)(A) provides:

> *Except as otherwise specifically provided by statute, a court shall award to a prevailing party other than the United States fees and other expenses, in addition to any costs awarded pursuant to subsection (a), incurred by that party in any civil action (other than cases sounding in tort), including proceedings for judicial review of agency action, brought by or against the United States in any court having jurisdiction of that action, unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust.*

In the case at bar, it is uncontroverted that the claimant was a prevailing party; that the fee application was timely filed; that no special circumstances exist that would make such an award unjust; and, that the Commissioner's previous decision denying the claimant Social Security benefits was not substantially justified. The defendant has responded and makes no objection to the amount of attorney's fees claimed on behalf of the plaintiff. Tab #17.

Accordingly, in light of the above, IT IS ORDERED that counsel's request for attorney's fees pursuant to 28 U.S.C. § 2412(d) be **GRANTED** to the extent that attorney's fees in the amount of $331.23 shall be paid forthwith to plaintiff LINDA L. HIGHTOWER.

SO ORDERED AND DIRECTED, this 25th day of AUGUST, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE